Jeff Willis (NV Bar No. 4797)
Mark E. Konrad (NV Bar No. 4462)
Charles E. Gianelloni (NV Bar No. 12747)
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169
Telephone: (702) 784-5200
Facsimile:  (702) 784-5252
Email: jwillis@swlaw.com
           mkonad@swalw.com
           cgianelloni@swlaw.com

*Attorneys for Fiasco Enterprises, Inc.*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| OSVALDO ARIAS,<br><br>           Plaintiff,<br><br>v.<br><br>FIASCO ENTERPRISES, INC.; DOES I-X, inclusive; and ROE CORPORATIONS I-X, inclusive,<br><br>           Defendants.<br><br>FIASCO ENTERPRISES, INC.;<br><br>           Counterclaimant.<br><br>v.<br><br>OSVALDO ARIAS,<br><br>           Counterdefendant. | Case No. 2:16-cv-01033-RFB-PAL<br><br>**STIPULATION AND ORDER TO CONTINUE RESPONSE DEADLINES**<br><br>**(First Request)** |

Fiasco Enterprises, Inc. ("Corporation") and Osvaldo Arias ("Arias," and together with Corporation, the "Parties"), by and through their undersigned counsel, hereby stipulate to extend certain response deadlines based on the following:

WHEREAS, Corporation filed its *Motion for (1) Summary Judgment on Plaintiff's Complaint; and (2) Partial Summary Judgment on Corporation's Counterclaim for Declaratory Relief* [ECF No. 15] ("MSJ") on July 15, 2016;

24722201

WHEREAS, Arias filed its *Opposition to Motion for Partial Summary Judgment on Corporation's Counterclaim for Declaratory Relief* [ECF No. 18] ("Opposition") on August 8, 2016;

WHEREAS, Arias filed its *Countermotion for Summary Judgment* [ECF No. 19] ("Counter MSJ") on August 8, 2016;

WHEREAS, Corporation's reply in support of its MSJ is currently due August 25, 2016;

WHEREAS, Corporation's response to Arias' Counter MSJ is currently due September 1, 2016;

WHEREAS, due to the sudden illness of one of the counsel for Corporation, the Parties have agreed to extend the deadline for Corporation to reply in support of its MSJ from August 25, 2016 until September 1, 2016, the same deadline for Fiasco to respond to Arias' Counter MSJ.

NOW, THEREFORE, subject to Court approval, the Parties hereby agree as follows:

1. That the deadline for Corporation to reply in support of its MSJ shall be September 1, 2016.

Dated:  August 24, 2016.                                                       Dated:  August 29, 2016.

SNELL & WILMER L.L.P.                                                  MARQUIS AURBACH COFFING

By:    /s/ Mark E. Konrad                                                 By:    /s/ Jason M. Gerber
    Jeff Willis (NV Bar No. 4797)                                          Jason M. Gerber (NV Bar No. 9812)
    Mark E. Konrad (NV Bar No. 4462)                                 Adele V. Karoum (NV Bar No. 11172
    Charles E. Gianelloni (NV Bar No. 12747)                         10001 Park Rune Drive
    3883 Howard Hughes Parkway, Suite 1100                        Las Vegas, NV 89145
    Las Vegas, NV 89169                                                         Telephone: (702) 382-0711
    Telephone: (702) 784-5200                                                Facsimile: (702) 382-5816
    Facsimile:  (702) 784-5252                                                 *Attorney for Plaintiff/Counterdefendant*
    *Attorneys for Defendant/Counterclaimant*

## **ORDER**

**IT IS SO ORDERED.**

DATED this   5th    day of September 2016.

_____
RICHARD F. BOULWARE, II
United States District Judge

///

- 2 -

24722201

1  SNELL & WILMER L.L.P.
2
3       /s/ Mark E. Konrad
   Jeff Willis (NV Bar No. 4797)
4  Mark E. Konrad (NV Bar No. 4462)
   Charles E. Gianelloni (NV Bar No. 12747)
5  3883 Howard Hughes Parkway, Suite 1100
   Las Vegas, NV 89169
6  Telephone: (702) 784-5200
   Facsimile:  (702) 784-5252
7  *Attorneys for Fiasco Enterprises, Inc.*

- 3 -

24722201

## CERTIFICATE OF SERVICE

I hereby certify that on August 29, 2016, I electronically filed the foregoing **STIPULATION AND ORDER TO CONTINUE RESPONSE DEADLINES (First Request)** with the Clerk of Court for the U.S. District Court, District of Nevada by using the Court's CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

DATED this 29th day of August 2016.

                                       /s/ Jill Math
                                 An Employee of Snell & Wilmer L.L.P.

24722201