**Marquis Aurbach Coffing**
Jason M. Gerber, Esq.
Nevada Bar No. 9812
Adele V. Karoum, Esq.
Nevada Bar No. 11172
10001 Park Run Drive
Las Vegas, Nevada 89145
Telephone: (702) 382-0711
Facsimile: (702) 382-5816
jgerber@maclaw.com
akaroum@maclaw.com
   Attorneys for Plaintiff/Countedefendant,
   Osvaldo Arias

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| OSVALDO ARIAS,<br><br>                   Plaintiff,<br><br>vs.<br><br>FIASCO ENTERPRISES, INC.; DOES I-X, inclusive; and ROE CORPORATIONS I-X, inclusive,<br><br>                  Defendants.<br>FIASCO ENTERPRISES, INC.,<br><br>               Counterclaimant,<br><br>vs.<br><br>OSVALDO ARIAS,<br><br>               Counterdefendant. | Case No.:    2:16-cv-01033-RFB-PAL |

<u>**PLAINTIFF/COUNTERDEFENDANT'S MOTION TO REMOVE ATTORNEY FROM SERVICE LIST**</u>

Plaintiff/Counterdefendant, Osvaldo Arias, by and through his counsel of record, Jason M. Gerber, Esq. and Adele V. Karoum, Esq., of the law firm of Marquis Aurbach Coffing, hereby requests the removal of Erik W. Fox, Esq. from the CM/ECF Service List as Mr. Fox is

/ / /

/ / /

MAC:14383-001 2882287_1 9/1/2016 11:00 AM

no longer handling the above-entitled matter.

Dated this 1st day of September, 2016.

MARQUIS AURBACH COFFING

By  /s/ Jason M. Gerber, Esq.
Jason M. Gerber, Esq.
Nevada Bar No. 9812
Adele V. Karoum, Esq.
Nevada Bar No. 11172
10001 Park Run Drive
Las Vegas, Nevada  89145
*Attorneys for Plaintiff/Counterdefendant, Osvaldo Arias*

IT IS SO ORDERED this 6th day of September, 2016.

Peggy A. Leen
United States Magistrate Judge

MAC:14383-001 2882287_1 9/1/2016 11:00 AM

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing **PLAINTIFF/COUNTER-DEFENDANT'S MOTION TO REMOVE ATTORNEY FROM SERVICE LIST** with the Clerk of the Court for the United States District Court by using the CM/ECF system on the 1st day of September, 2016.

☒ I further certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

Adele V. Karoum on behalf of Plaintiff/Counterdefendant OSVALDO ARIAS

akaroum@maclaw.com, nknilans@maclaw.com; jgerber@maclaw.com

Erik Anthony W. Fox efox@cogburnlaw.com, abeyer@cogburnlaw.com, federalfiing@cogburnlaw.com, jsc@cogburnlaw.com, lmercado@cogburnlaw.com

Jeffrey L. Willis on behalf of Defendant FIASCO ENTERPRISES, INC.

jwillis@swlaw.com, docket_las@swlaw.com, ptrager@swlaw.com

Charles E. Gianelloni cgianelloni@swlaw.com, docket_las@swlaw.com, jmath@swlaw.com, jvelarde@swlaw.com, mfull@swlaw.com

Mark E. Konrad  mkonrad@swlaw.com, lvdocket@mindspring.com, mmontenegro@swlaw.com, plundquist@swlaw.com

☐ I further certify that some of the participants in the case are not registered CM/ECF users. I have mailed the foregoing document by First-Class Mail, postage prepaid, or have dispatched it to a third party commercial carrier for delivery within 3 calendar days to the following non-CM/ECF participants:

N/A

Suzanne Boggs
An employee of Marquis Aurbach Coffing

**MARQUIS AURBACH COFFING**
10001 Park Run Drive
Las Vegas, Nevada 89145
(702) 382-0711 FAX: (702) 382-5816

MAC:14383-001 2882287_1 9/1/2016 11:00 AM