Jeffrey Willis (NV Bar No. 4797)
Mark E. Konrad (NV Bar No. 4462)
Charles E. Gianelloni (NV Bar No. 12747)
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169
Telephone: (702) 784-5200
Facsimile: (702) 784-5252
Email: jwillis@swlaw.com
    mkonad@swalw.com
    cgianelloni@swlaw.com
*Attorneys for Fiasco Enterprises, Inc.*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| OSVALDO ARIAS,<br><br>           Plaintiff,<br>v.<br>FIASCO ENTERPRISES, INC.; DOES I-X, inclusive; and ROE CORPORATIONS I-X, inclusive,<br><br>           Defendants. | Case No. 2:16-cv-01033-RFB-PAL<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINES REGARDING MOTION FOR ATTORNEYS' FEES** |
| FIASCO ENTERPRISES, INC.;<br><br>           Counterclaimant.<br>v.<br>OSVALDO ARIAS,<br><br>           Counterdefendant. | |

## STIPULATION

Plaintiff, Osvaldo Arias ("Plaintiff"), and Defendant, Fiasco Enterprises, Inc. ("Defendant," and together with Plaintiff, the "Parties"), by and through their counsel of record, hereby enter into a Stipulation to Extend Deadlines Regarding Motion for Attorneys' Fees based on the following:

WHEREAS, a hearing was held on March 10, 2017, and the Court docketed Minutes of the Proceedings [ECF No. 35] wherein it was ordered that defense counsel shall file a Motion for

Attorneys' Fees (the "Motion") by March 24, 2017, with a response due from Plaintiff April 7, 2017, and a reply due from Defendant April 14, 2017;

WHEREAS, the Parties are presently attempting to resolve issues raised by the Motion without further assistance of the Court and need an additional two weeks to do so; and

WHEREAS, the Parties wish to extend the deadline for filing to Motion and related deadlines as follows:

|  | Old Date | New Date |
|---|---|---|
| Deadline to file motion for attorneys' fees: | March 24, 2017 | April 7, 2017 |
| Deadline to file response: | April 7, 2017 | April 21, 2017 |
| Deadline to file reply: | April 14, 2017 | April 28, 2017 |

**IT IS SO STIPULATED.**

Dated: March 20, 2017

SNELL & WILMER L.L.P.

By: /s/ Charles E. Gianelloni
Jeffrey Willis (NV Bar No. 4797)
Mark E. Konrad (NV Bar No. 4462)
Charles E. Gianelloni (NV Bar No. 12747)
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169
Telephone: (702) 784-5200
Facsimile: (702) 784-5252
*Attorneys for Fiasco Enterprises, Inc.*

Dated: March 20, 2017

MARQUIS AURBACH COFFING

By: /s/ Jason M. Gerber
Jason M. Gerber (NV Bar No. 9812)
Adele V. Karoum (NV Bar No. 11172)
10001 Park Run Drive
Las Vegas, NV 89145
Telephone: (702) 382-0711
Facsimile: (702) 382-5816
*Attorneys for Osvaldo Arias*

**ORDER**

**IT IS SO ORDERED.**

_____
RICHARD F. BOULWARE, II
United States District Judge

DATED: March 21, 2017.

- 2 -

4839-0140-9093

## CERTIFICATE OF SERVICE

I hereby certify that on March 20, 2017, I electronically filed the foregoing **STIPULATION AND ORDER TO EXTEND DEADLINES REGARDING MOTION FOR ATTORNEYS' FEES** with the Clerk of Court for the U.S. District Court, District of Nevada by using the Court's CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

DATED this 20th day of March 2017.

_____
An Employee of Snell & Wilmer L.L.P.

4839-0140-9093