Jeffrey Willis (NV Bar No. 4797)
Mark E. Konrad (NV Bar No. 4462)
Charles E. Gianelloni (NV Bar No. 12747)
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169
Telephone: (702) 784-5200
Facsimile:  (702) 784-5252
Email: jwillis@swlaw.com
         mkonad@swalw.com
         cgianelloni@swlaw.com
*Attorneys for Fiasco Enterprises, Inc.*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| OSVALDO ARIAS,<br><br>    Plaintiff,<br><br>v.<br><br>FIASCO ENTERPRISES, INC.; DOES I-X, inclusive; and ROE CORPORATIONS I-X, inclusive,<br><br>    Defendants.<br><br>FIASCO ENTERPRISES, INC.;<br><br>    Counterclaimant.<br><br>v.<br><br>OSVALDO ARIAS,<br><br>    Counterdefendant. | Case No. 2:16-cv-01033-RFB-PAL<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINES REGARDING MOTION FOR ATTORNEYS' FEES**<br><br>**(SECOND REQUEST)** |

## STIPULATION

Plaintiff, Osvaldo Arias ("Plaintiff"), and Defendant, Fiasco Enterprises, Inc. ("Defendant," and together with Plaintiff, the "Parties"), by and through their counsel of record, hereby enter into a Stipulation to Extend Deadlines Regarding Motion for Attorneys' Fees based on the following:

WHEREAS, a hearing was held on March 10, 2017, and the Court docketed Minutes of the Proceedings [ECF No. 35] wherein it was ordered that defense counsel shall file a Motion for

Attorneys' Fees (the "Motion") by March 24, 2017, with a response due from Plaintiff April 7, 2017, and a reply due from Defendant April 14, 2017;

WHEREAS, the Parties sought to extend the Motion deadlines by two weeks while the Parties attempted to resolve the issues raised by the Motion without the need for further assistance of the Court [ECF No. 37];

WHEREAS, the Court agreed to extend the deadlines, with the Motion due by April 7, 2017, the response due by April 21, 2017, and the reply due by April 28, 2017 [ECF No. 38];

WHEREAS, the Parties have reached an agreement to settle all claims before the Court, including any claims for attorneys' fees that would be included in the Motion;

WHEREAS, the Parties are still finalizing the terms of the settlement; and

WHEREAS, the Parties wish to extend the Motion deadlines as follows:

|  | Old Date | New Date |
|---|---|---|
| Deadline to file motion for attorneys' fees: | April 7, 2017 | May 12, 2017 |
| Deadline to file response: | April 21, 2017 | May 26, 2017 |
| Deadline to file reply: | April 28, 2017 | June 2, 2017 |

**IT IS SO STIPULATED.**

Dated: April 5, 2017

SNELL & WILMER L.L.P.

By: /s/ Charles E. Gianelloni
Jeffrey Willis (NV Bar No. 4797)
Mark E. Konrad (NV Bar No. 4462)
Charles E. Gianelloni (NV Bar No. 12747)
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169
Telephone: (702) 784-5200
Facsimile: (702) 784-5252
*Attorneys for Fiasco Enterprises, Inc.*

Dated: April 5, 2017

MARQUIS AURBACH COFFING

By: /s/ Jason M. Gerber
Jason M. Gerber (NV Bar No. 9812)
Adele V. Karoum (NV Bar No. 11172)
10001 Park Run Drive
Las Vegas, NV 89145
Telephone: (702) 382-0711
Facsimile: (702) 382-5816
*Attorneys for Osvaldo Arias*

**ORDER**

**IT IS SO ORDERED.**

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

DATE: April 7, 2017.

- 2 -

4813-0742-6118

## CERTIFICATE OF SERVICE

I hereby certify that on April 5, 2017, I electronically filed the foregoing **STIPULATION AND ORDER TO EXTEND DEADLINES REGARDING MOTION FOR ATTORNEYS' FEES (SECOND REQUEST)** with the Clerk of Court for the U.S. District Court, District of Nevada by using the Court's CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

DATED this 5th day of April 2017.

*[signature]*
An Employee of Snell & Wilmer L.L.P.

4813-0742-6118