**Marquis Aurbach Coffing**
Jason M. Gerber, Esq.
Nevada Bar No. 9812
Adele V. Karoum, Esq.
Nevada Bar No. 11172
10001 Park Run Drive
Las Vegas, Nevada 89145
Telephone: (702) 382-0711
Facsimile: (702) 382-5816
jgerber@maclaw.com
akaroum@maclaw.com
   Attorneys for Plaintiff/Counterdefendant,
   Osvaldo Arias

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| OSVALDO ARIAS,<br><br>                Plaintiff,<br><br>vs.<br><br>FIASCO ENTERPRISES, INC.; DOES I-X, inclusive; and ROE CORPORATIONS I-X, inclusive,<br><br>                Defendants. | Case No.:    2:16-cv-01033-RFB-PAL<br><br><br><br><br><br>**STIPULATION AND ORDER FOR DISMISSAL** |
| FIASCO ENTERPRISES, INC.,<br><br>                Counterclaimant,<br><br>vs.<br><br>OSVALDO ARIAS,<br><br>                Counterdefendant. | |

      Plaintiff/Counterdefendant, Osvaldo Arias ("Plaintiff"), by and through his counsel of record, the law firm of Marquis Aurbach Coffing, and Defendant/Counterclaimant, Fiasco Enterprises, Inc. ("Defendant"), by and through its counsel of record, the law firm of Snell & Wilmer, LLP, hereby stipulate as follows:

MAC:14383-001 3081999_1 5/11/2017 8:39 AM

1. That the above-referenced matter is hereby dismissed with prejudice pursuant to FRCP 41(a)(2);

2. The parties are to bear their own attorneys fees and costs.

IT IS SO STIPULATED.

Dated this <u>11th</u> day of May, 2017.                    Dated this <u>11th</u> day of May, 2017.

MARQUIS AURBACH COFFING                                  SNELL & WILMER, LLP


By: <u>/s/ Jason M. Gerber</u>                            By: <u>/s/ Charles E. Gianelloni</u>
    Jason M. Gerber, Esq.                                    Jeff Willis, Esq.
    Nevada Bar No. 9812                                      Nevada Bar No. 4797
    Adele V. Karoum, Esq.                                    Mark E. Konrad, Esq.
    Nevada Bar No. 11172                                     Nevada Bar No. 4462
    10001 Park Run Drive                                     Charles E. Gianelloni, Esq.
    Las Vegas, Nevada 89145                                  Nevada Bar No. 12747
    Attorneys for Plaintiff                                  3883 Howard Hughes Pkwy., Ste. 1100
                                                       Las Vegas, NV 89169
                                                       Attorneys for Defendant

## ORDER

IT IS SO ORDERED this <u>12th</u> day of <u>May</u>, 2017.

<u>                                  </u>
RICHARD F. BOULWARE, II
United States District Judge

MAC:14383-001 3081999_1 5/11/2017 8:39 AM